# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of February, two thousand and fourteen.

Before:    Ralph K. Winter,
                *Circuit Judge.*

_____

United States of America,

  Appellee,

       v.

Xing Wu Pan, Jia Hou,

  Defendants-Appellants.

_____

**ORDER**

Docket Nos. 13-3997(L)
              13-4185(con)

    Appellant Jia Hou has filed a motion requesting an extension of time to file her brief and appendix until the date that her co-appellant's brief is made due.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

