# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of May, two thousand and fourteen.

Before:     Ralph K. Winter,
                  *Circuit Judge*.

_____

United States of America,

  Appellee,

        v.

Xing Wu Pan, Jia Hou,

  Defendants-Appellants.

**ORDER**

Docket Nos. 13-3997(L)
               13-4185(con)

_____

    Appellants have filed motions seeking a three-week extension of the briefing schedule in light of new evidence recently provided by the Government.

    IT IS HEREBY ORDERED that the motion is GRANTED. By June 11, 2014, counsel for Appellants must advise this Court by letter as to how the Appellants intend to proceed. If the Appellants decide to proceed with this appeal, Appellants' briefs and appendix must be filed on or before June 25, 2014.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

